RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 4/14/10
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0060 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| STEPHANIE R. PAYNE | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Stephanie R. Payne, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Stephanie R. Payne's agreement to provide restitution in this matter.

THUS DONE AND SIGNED this 14 day of April 2010 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE